**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**RENAISSANCE SPECIALTY**
**INSURANCE, LLC, THE**
**RENAISSANCE GROUP, LLC,**                    **Case No.: 5:24-cv-00392-WGY-PRL**
**TRADESMAN PROGRAM**
**MANAGERS, LLC,**

          **Plaintiffs,**

     **v.**

**CHARLES LANDRUM, CHASGATR**
**CONSULTANTS INC, ROKSTONE**
**SPORTS AND LEISURE LLC,**

          **Defendants,**

_____/

**ORDER**

Upon notification by the Clerk, attorneys James Freire, Esq., and Eric Siegel, who are

appearing in this case pro hac vice on behalf of Plaintiff, have failed to timely activate e-filing

access.

Accordingly, within 14 days of the entry date of this Order, Mr. Freire and Mr. Siegel

are directed to complete all steps required to activate e-filing access, failing which the Court

may revoke their pro hac vice status in this case. To activate e-filing access, counsel shall

submit the pro hac vice e-file registration through PACER.[1]

---

[1] Information regarding special admission to practice and submission of the *pro hac vice* e-file registration can be found on the Middle District of Florida's website, www.flmd.uscourts.gov/for-lawyers.

**DONE** and **ORDERED** in Ocala, Florida on January 30, 2026.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record

Unrepresented Parties