# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**RENAISSANCE SPECIALTY
INSURANCE, LLC, THE
RENAISSANCE GROUP, LLC,
TRADESMAN PROGRAM
MANAGERS, LLC,**

           **Plaintiffs,**

    **v.**

**CHARLES LANDRUM, CHASGATR
CONSULTANTS INC, ROKSTONE
SPORTS AND LEISURE LLC,**

           **Defendants,**

_____/

**Case No.: 5:24-cv-00392-WGY-PRL**

## ORDER

Previously, upon notification by the Clerk that attorneys James Freire, Esq., and Eric Siegel, Esq., who are appearing in this case pro hac vice on behalf of Plaintiff, failed to timely activate e-filing access, the Court directed Mr. Freire and Mr. Siegel to complete all steps necessary to activate e-filing access. [1] (Doc. 105). Mr. Freire and Mr. Siegel were given 14 days to comply with the Order, failing which the Court cautioned that their pro hac vice status may be revoked.

Upon notification by the Clerk, Mr. Freire and Mr. Siegel have failed to activate their e-filing access, and the time permitted for doing so has expired.

---

[1] Information regarding special admission to practice and submission of the pro hac vice e-file registration can be found on the Middle District of Florida's website, www.flmd.uscourts.gov/for-lawyers.

Accordingly, by written response filed within 14 days of the entry date of this Order, Mr. Freire and Mr. Siegel shall **SHOW CAUSE** why they have failed to comply with the Court's prior Order, failing which their pro hac vice status in this case will be withdrawn.

**DONE** and **ORDERED** in Ocala, Florida on March 2, 2026.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record

Unrepresented Parties