UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

RENAISSANCE SPECIALTY
INSURANCE, LLC, THE
RENAISSANCE GROUP, LLC,
TRADESMAN PROGRAM
MANAGERS, LLC,

        **Plaintiffs,**

    **v.**

CHARLES LANDRUM, CHASGATR
CONSULTANTS INC, ROKSTONE
SPORTS AND LEISURE LLC,

        **Defendants,**

_____/

**Case No.: 5:24-cv-00392-WGY-PRL**

## ORDER

This diversity action alleging breach of a consulting agreement and related claims is before the Court for consideration of Plaintiff's Unopposed Motion for Leave to File Plaintiff's Reply in Further Support of its Motion for Partial Summary Judgment Under Seal. (Doc. 155).

The right of access to judicial records pursuant to common law is well established. *See Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 597 (1978). Thus, when parties request an order restricting access to pleadings and evidence filed with the court, such a request warrants heightened scrutiny. Indeed, when a request for filing under seal is made, Eleventh Circuit precedent setting forth the governing standard and the public's interests, as well as the

requirements of the Local Rules, should be addressed. *See U.S. v. Rosenthal*, 763 F.2d 1291, 1293 (11th Cir. 1985); *Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 597 (1978); *Chicago Tribune Co. v. Bridgestone/Firestone, Inc.*, 263 F.3d 1304, 1311-12 (11th Cir. 2001); *Globe Newspaper Co. v. Superior Court for Norfolk County*, 457 U.S. 596, 606-07 (1982); *Microlumen, Inc. v. Allegrati*, Case No. 8:07-cv-350-T-17TBM, 2007 WL 1247068 (M.D. Fla. April 30, 2007).

As Plaintiff recites, the request to seal the subject documents is unopposed, and the documents to be filed under seal contain confidential and proprietary business information and sensitive trade secret information, including information designated as confidential under the parties' stipulated protective order. (Doc. 155).

Upon due consideration and upon good cause shown, the undersigned finds that the requirements of Local Rule 1.11 are satisfied, and there is a sufficient basis for sealing the reply.

The parties are reminded that requests to seal documents warrant heightened scrutiny, and that they should make every effort to minimize such requests.

Accordingly, upon due consideration, it is **ORDERED** that:

(1) Plaintiff's Unopposed Motion for Leave to File Plaintiff's Reply in Further Support of its Motion for Partial Summary Judgment Under Seal (Doc. 155) is GRANTED. The Clerk is directed to take all steps necessary, including communicating and coordinating with counsel, to file the documents identified in the motion under seal, as specified in Plaintiff's motion (Doc. 155).

(2) The documents shall remain sealed during the pendency of this action, including on appeal, if applicable, and the duration of the seal shall be governed by Local Rule 1.11.

**DONE** and **ORDERED** in Ocala, Florida on July 8, 2026.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record

Unrepresented Parties